UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELVIN WAYNE RICHARDSON,** §<br>SID #580359, §<br>§<br>Plaintiff, §<br>§ SA-23-CV-00247-XR<br>v. §<br>§<br>**OFFICER F/N/U KINDERED,** Universal §<br>City Police Department, §<br>§<br>Defendant. § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Melvin Wayne Richardson's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Melvin Wayne Richardson's 42 U.S.C. § 1983 Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

**SIGNED** this 25th day of April, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE